UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

RENA ANNE RAMNARINE,

    *Plaintiff*,

  v.

RAINBOW CHILD DEVELOPMENT CENTER, Inc., *et al*.,

    *Defendants*.

Civil Case No.: 17-02261-PWG

## THE PARTIES' STIPULATIONS

1. Plaintiff's start date of employment was August 10, 2006 and her end date of employment was August 1, 2017.

2. Plaintiff's hourly rate during the period August 3, 2014 until September 7, 2014 was $14.00 per hour.

3. Plaintiff's hourly rate after September 7, 2014 until September 20, 2015 was $14.50 per hour.

4. After September 20, 2015, until the end of her employment, Plaintiff's hourly rate was $15.25 per hour.

5. Each Defendant was Plaintiff's employer within the meaning of the MWPCL.

6. The Plaintiff's payroll records which are identified as "Payroll Registers," "Check History Listings," untitled bi-weekly pay stubs, "Earnings Statement" and contained in Joint Exhibit "J3," are admissible business records.

1

7.      The checks which are contained in Joint Exhibit "J1" are true and correct copies of non-payroll checks that Ms. Mitchell issued to Plaintiff for hours she worked for Defendants and are admissible into evidence.

8.      The Plaintiff's "Time Cards" which are contained in Joint Exhibit "J2" are true and correct copies of the Plaintiff's time records and are admissible into evidence as business records.

9.      Plaintiff was paid on an hourly basis during the entire time she worked for Defendants.

10.     Plaintiff was required to clock-in and clock-out at the start and end of each work day and for lunch breaks during the entire time she worked for Defendants.

Respectfully submitted,

| /s/Omar Vincent Melehy<br>Omar Vincent Melehy (Fed. Bar No. 05712)<br>Suvita Melehy (Fed. Bar No. 13068)<br>Andrew Balashov (Fed. Bar No. 19715)<br>MELEHY & ASSOCIATES LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, MD 20910<br>Telephone:(301) 587-6364<br>Facsimile: (301) 587-6308<br>email: ovmelehy@melehylaw.com<br><br>*Attorneys for Plaintiffs* | /s/ David A. Branch<br>David A. Branch, #438764<br>Law Office of David A. Branch and Associates<br>1828 L Street, NW, Suite 820<br>Washington, D.C. 20036<br>(202) 785.2805 phone<br>(202) 785.0289 fax<br>davidbranch@dbranchlaw.com<br>*Attorney for Defendants* |
|---|---|