UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **RENA ANNE RAMNARINE,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 8:17-cv-02261-PWG |
| v. ) | |
| ) | |
| **RAINBOW CHILD DEVELOPMENT** ) | |
| **CENTER, INC.**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' SUBMISSION OF LAW ON WHICH COUNSEL INTENDS TO RELY AT TRIAL**

In response to this Honorable Court's July 13, 2020 Memorandum to Counsel (subsequently modified), Defendants hereby submit the law on which counsel intends to rely at trial.

In the July 13, 2020 Memorandum, this Honorable Court instructed that "if the authority has already been set forth in summary judgment briefing, counsel may refer to their filings, provided the specific portion on which they intend to rely is identified." Defendants do rely, in part, on prior briefings and draw this Honorable Court's attention to: (1) Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment and in Support of Defendants' Motion for Summary Judgment, ECF No. 91 (pages 11-13); (2) Defendants' Motion for Summary Judgment, ECF No. 112 (pages 5-6); and (3) Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Corrected Cross-Motion for Partial Summary Judgment and in Support of Defendants' Motion for Summary Judgment, ECF No. 118 (pages 6-12).

Additionally, Defendants rely on the following authority[1]:

1. Maryland's Wage Payment and Collection Law ("MWPCL"), MD. CODE ANN., LAB. & EMPL. § 3-501, *et seq*;

2. *Admiral Mortgage v. Cooper*, 745 A.2d 1026 (Md. 2000) (analyzes the phrase "bona fide dispute" and attorney's fees under the MWPCL;

3. *Catalyst Health Solutions v. Magill*, 995 A.2d 960 (Md. 2010) (analyzes when an employee is due wages under the MWPCL;

---

[1] Defendants reserve the right to rely on authority cited within the authorities identified herein.

4. *Barufaldi v. Ocean City, Chamber of Commerce*, 7 A.3d 643 (Md. App. 2010) (analyzes the MWPCL and the award of attorneys' fees);

5. *Himes v. Anderson*, 943 A.2d 30 (Md. App. 2008) (analyzes the phrase "bona fide dispute" under the MWPCL);

6. *Ocean City, Chamber of Commerce v. Barufaldi*, 75 A.3d 952 (Md. 2013) (analyzes the MWPCL and the award of attorneys' fees);

7. *Peters v. Early Healthcare Giver*, 97 A.3d 621 (Md. 2014) (analyzes the MWPCL and the award of enhanced damages and the phrase "bona fide" dispute);

8. *Friolo v. Frankel*, 373 A.2d 354 (Md. 2003) (analyzes fee-shifting and the award of attorneys' fees under the MWPCL);

9. *Medex v. McCabe*, 811 A.2d 297 (Md. 2002) (analyzes the MWPCL).

Date:   April 29, 2021						Respectfully submitted,

    /s/ *David A. Branch*
David A. Branch, Maryland Bar No. 22862
Law Office of David A. Branch, & Assoc., PLLC
1828 L Street, N.W., Suite 820
Washington, D.C. 20036
Phone: (202) 785-2805
Fax: (202) 785-0289
Email: davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April 2021, a copy of the foregoing was served electronically via the Court's CM/ECF e-filing system on counsel for Plaintiff listed below.

Andrew G. Balashov
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Email: abalashov@melehylaw.com

Omar Vincent Melehy
Melehy and Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: 1 (301) 587-6364
Fax: 1 (301) 587-6308
Email: ovmelehy@melehylaw.com

*Counsel for Plaintiff,*
*Rena Anne Ramnarine.*

                                               */s/ David A. Branch*
                                               David A. Branch